IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01471-CMA-KLM

KELLY ANN CURTIS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 23) signed by the attorneys for the parties hereto, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees.

DATED: February  13 , 2012

                BY THE COURT:

                *Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge